UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| TERRI L. SNIDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:06CV37 RWS |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER

This matter is before me on the Commissioner's Motion to Reverse and Remand pursuant to sentence-four of 42 U.S.C. § 405(g). Plaintiff has not filed a response to the Commissioner's motion.

This matter was referred to United States Magistrate Judge Lewis Blanton for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). On October 6, 2006, the Commissioner filed her motion to reverse and remand. Judge Blanton's Report and Recommendation recommends that the Commissioner's motion be granted.

I agree with Judge Blanton's recommendation. Therefore, I adopt the Report and Recommendation of Judge Blanton.

Accordingly,

**IT IS HEREBY ORDERED that** Defendant's Motion to Reverse and Remand [#16] is **GRANTED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2006.